# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   **Case No.: 24-mj-00365 ABA** |
| **ANIKA BYWATER** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF CO-COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as **co-counsel** in this case for Anika Bywater (defendant).

I certify that I am admitted to practice in this court.

March 4, 2024

/s/
_____
Adam Christopher Demetriou
Brennan, McKenna & Lawlor, Chtd.
Bar Number 30323
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
ademetriou@brennanmckenna.com