# EXHIBIT 1

(EXHIBIT WILL BE FILED WITH CLERK'S OFFICE PURSUANT TO MOTION TO FILE PHYSICAL EXHIBIT)