**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Crim. No. BAH-24-0077** |
| | * | |
| **ALEKZANDER QUINN BYWATER,** | * | |
| | * | |
| **Defendant.** | * | |

**UNITED STATES' RESPONSE TO DEFENDANT'S**
**MOTION TO SUPPRESS STATEMENTS**

The defendant, Alekzander Bywater, moves to suppress statements he made to FBI agents at the time of his arrest in February 2024. ECF No. 118 (the "Motion"). The Motion accurately quotes several interactions between Mr. Bywater and the interviewing FBI agents. However, many of the remaining factual assertions—for example, about the motives and intentions of the interviewing agents—are baseless. And several of the legal contentions in the Motion are likewise without merit.

Nevertheless, the United States does not intend to introduce any of Mr. Bywater's statements to the FBI into evidence during its case-in-chief, and it commits to not doing so. The Motion should therefore be denied as moot.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: */s/ Kyle Reynolds*
Kyle P. Reynolds
Special Assistant United States Attorney
Reema Sood
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(202) 616-2842

**CERTIFICATE OF SERVICE**

I hereby certify that I will electronically file this document via the CM/ECF system, which will automatically provide copies to all attorneys of record.

By: *__/s/ Kyle Reynolds__*
Kyle P. Reynolds
Special Assistant United States Attorney