**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ALEKZANDER BYWATER,**<br><br>**Defendant.** | **Criminal No. BAH-24-77** |

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 6/23/26 | 6/23/26 | Photograph – Alekzander Bywater |
| 2 | 6/23/26 | 6/23/26 | Photograph – Exterior of Residence |
| 3 | 6/23/26 | 6/23/26 | Photograph – Bedroom of Residence |
| 4 | 6/23/26 | 6/23/26 | Photograph – Bywaters in Residence |
| 5 | 6/23/26 | 6/23/26 | Photograph – Alekzander Bywater outside Residence |
| 6 | 6/23/26 | 6/23/26 | Photograph – Bywaters in Van |
| 7 | 6/23/26 | 6/23/26 | FBI Serial 38 |
| 8 | 6/23/26 | 6/23/26 | Luggage Search Warrant |
| 9 | | | Photograph – Computer Tower |
| 10 | | | Audio Clip from Alekzander Bywater's Interview |

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

JUN 23 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY