Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LOGGED RECEIVED
AUG 1 9 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

UNITED STATES OF AMERICA

v.

ALEKZANDER QUINN BYWATER,

Defendant.

Criminal No. BAH-24-77

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1A | | | Fed. R. Evid. 902 Certificate for "Alekzander Bywater" Facebook Account (ID 100080320791476) |
| 1B | | | Fed. R. Evid. 902 Certificate for "Anika Bywater" Facebook Account (ID 100042486556960) |
| 2 | | | Fed. R. Evid. 902 Certificate for Google Accounts "Alek.Bywater@gmail.com" and "JNearwater@gmail.com" |
| 3 | | | FBI Report of Analysis Dated August 26, 2024 |
| 4 | | | August 11, 2026 Letter re DFE Maura E. Stepanski |
| 5 | | | Plea Agreement of Anika Bywater |
| 6 | | | Transcript of Anika Bywater Plea Hearing |
| 7 | | | Consent Form for Digital Devices |
| 8-49 | | | Reserved |
| 50 | | | Images of Alekzander Bywater |
| 51-99 | | | Reserved |
| * 100 | 8/18/26 | | Screenshots from "Website A" (OBSCENE) |
| 100A | 8/18/26 | 8/18/26 | Redacted Version of GX 100 |
| 101 | 8/18/26 | 8/18/26 | Screenshots from "Website A" (OBSCENE) |
| 101A | 8/18/26 | 8/18/26 | Redacted Version of GX 101 |



(* - ID ONLY)

Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 2 of 7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| **102** | 8/18/26 | 8/18/26 | Screenshots from "Website A" (OBSCENE) |
| **102A** | 8/18/26 | 8/18/26 | Redacted Version of GX 102 |
| **103** | 8/18/26 | 8/18/26 | Full Version of "Video 1" (OBSCENE) |
| **103A** | 8/18/26 | 8/18/26 | Excerpt from "Video 1" (OBSCENE) |
| **103B** | 8/18/26 | 8/18/26 | Excerpt from "Video 1" (OBSCENE) |
| **103C** | | | Storyboard of "Video 1" (OBSCENE) |
| **103D** | | | Screenshots from "Video 1" (OBSCENE) |
| **103E** | 8/18/26 | 8/18/26 | Redacted Version of GX 103D |
| **103F** | 8/18/26 | 8/18/26 | Redacted Excerpt from "Video 1" |
| **103G** | | | Excerpt from "Video 1" (OBSCENE) |
| **103H** | | | Excerpt from "Video 1" (OBSCENE) |
| **103I** | | | Excerpt from "Video 1" (OBSCENE) |
| **104** | 8/18/26 | 8/18/26 | Full version of "Video 2" (OBSCENE) |
| **104A** | 8/18/26 | 8/18/26 | Excerpt from "Video 2" (OBSCENE) |
| **104B** | 8/18/26 | 8/18/26 | Excerpt from "Video 2" (OBSCENE) |
| **104C** | | | Storyboard of "Video 2" (OBSCENE) |
| **104D** | | | Screenshots from "Video 2" (OBSCENE) |
| **104E** | 8/18/26 | 8/18/26 | Redacted Version of GX 104D |
| **104F** | 8/18/26 | 8/18/26 | Redacted Excerpt from "Video 2" |
| **104G** | 8/18/26 | 8/18/26 | Redacted Excerpt from "Video 2" (INCLUDES AUDIO) |
| **104H** | | | Excerpt from "Video 2" (OBSCENE) |
| **105-199** | | | Reserved |
| **200** | 8/18/26 | 8/18/26 | Photos from Mexican Residence |
| **201** | | | Screenshot of Video from Mexican Residence |
| **202** | | | Screenshot of Video from Mexican Residence |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 203-299 | | | Reserved |
| 300 | 8/18/26 | 8/18/26 | Cool Master Desktop Computer |
| 301 | 8/18/26 | 8/18/26 | Dell Precision 3560 Laptop |
| 302-399 | | | Reserved |
| 400 | 8/18/26 | 8/18/26 | Screenshots from Cool Master Desktop Computer |
| 401 | 8/18/26 | 8/18/26 | Image Recovered from Cool Master Desktop Computer |
| 402 | | | Images Recovered from Cool Master Desktop Computer |
| 403 | 8/18/2026 | 8/18/26 | Images Recovered from Cool Master Desktop Computer |
| 404 | 8/18/26 | 8/18/26 | Facebook Profile Information Recovered from Cool Master Desktop Computer |
| 405 | 8/18/26 | 8/18/26 | Alekzander Bywater Resume Recovered from Cool Master Desktop Computer |
| 406 | 8/18/26 | 8/18/26 | Alekzander Bywater Resume Recovered from Cool Master Desktop Computer |
| 407 | 8/18/26 | 8/18/26 | Stored Usernames and Passwords Recovered from Cool Master Desktop Computer |
| 408 | 8/18/26 | 8/18/26 | Full version of file "A****2_compr.mkv" (OBSCENE) |
| 409 | 8/18/26 | 8/18/26 | Full version of file "A****_compr.mkv" (OBSCENE) |
| 410 | 8/18/26 | 8/18/26 | Bash History Recovered from Cool Master Desktop Computer |
| 411 | 8/18/26 | 8/18/26 | "tor_stuff" Text File Recovered from Cool Master Desktop Computer |
| 412 | 8/18/26 | | Full Version of "[Website B]_0128241016.html" file Recovered from Cool Master Desktop Computer |
| 413 | 8/18/26 | | Full Version of "[Website B]_0128241550.html" file Recovered from Cool Master Desktop Computer |

Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 4 of 7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 414 | 8/18/26 | | Full Version of "[Website B]_0129240510.html" file Recovered from Cool Master Desktop Computer |
| 415 | 8/18/26 | | Full Version of "[Website B]_0201241139.html" file Recovered from Cool Master Desktop Computer |
| 416 | 8/18/26 | | Full Version of "[Website B]_0202240437.html" file Recovered from Cool Master Desktop Computer |
| 417 | 8/18/26 | 8/18/26 | Screenshot from GX 416 |
| 418 | 8/18/26 | | Full Firefox Browser History from Cool Master Desktop |
| 418A | 8/18/26 | 8/18/26 | Excerpted Firefox Browser History from Cool Master Desktop |
| 418B | 8/18/26 | 8/18/26 | Excerpted Firefox Browser History from Cool Master Desktop |
| 418C | 8/18/26 | 8/18/26 | Selected Firefox Browser History from Cool Master Desktop |
| 419 | | | Reserved |
| 420 | 8/18/26 | 8/18/26 | Images extracted from Cool Master Desktop Computer |
| 421-27 | | | Reserved |
| 428 | 8/18/26 | 8/18/26 | Excerpt From "chat.html" file Recovered from Cool Master Desktop Computer |
| 429 | | | Reserved |
| 430 | | | Price List Recovered from Cool Master Desktop Computer |
| 431 | | | Full Version of file "20231027_092325.mp4" (OBSCENE) |
| 431A | | | Excerpt of GX 431 (OBSCENE) |
| 431B | | | Excerpt of GX 431 (OBSCENE) |
| 432 | | | Selected Images Recovered from Cool Master Desktop (OBSCENE) |
| 433-449 | | | Reserved |

Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 5 of 7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 450 | 8/18/26 | 8/18/26 | Screenshots from Dell Precision Laptop |
| 451 | 8/18/26 | 8/18/26 | Image Recovered from Dell Precision Laptop Computer |
| 452 | 8/18/26 | 8/18/26 | Alekzander Bywater Resume Recovered from Dell Precision Laptop Computer |
| 453 | 8/18/26 | 8/18/26 | Alekzander Bywater Resume Recovered from Dell Precision Laptop Computer |
| 454 | 8/18/26 | 8/18/26 | Alekzander Bywater Resume Recovered from Dell Precision Laptop Computer |
| 455 | 8/18/26 | 8/18/26 | Stored Usernames and Passwords Recovered from Dell Precision Laptop Computer |
| 456-459 | | | Reserved |
| 460 | | | File details list for "A****.mkv" and "A****2.mkv" Files on Dell Precision Laptop Computer |
| 461 | 8/18/26 | 8/18/26 | Full Version of File "A****.mkv" (OBSCENE) |
| 462 | 8/18/26 | 8/18/26 | Full Version of File "A****2.mkv" (OBSCENE) |
| 463 | | | Full Version of File "2024-01-12 10-35-46.mkv" (OBSCENE) |
| 463A | | | Storyboard of GX 463 (OBSCENE) |
| 463B | | | Redacted screenshot from GX 463 |
| 464 | | | Full Version of file "2024-01-17 18-48-42.mkv" (OBSCENE) |
| 464A | | | Storyboard of GX 464 (OBSCENE) |
| 464B | | | Redacted Screenshot from GX 464 |
| 465 | 8/18/26 | 8/18/26 | Bash History Recovered from Dell Precision Laptop Computer |
| 466 | | | Reserved |
| 467 | | | File "-CP-ONLINE-PHOTO-VIDEO-.txt" Recovered from Dell Precision Laptop Computer |
| 468-494 | | | Reserved |

Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 6 of 7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 495 | 8/18/26 | 8/18/26 | Excerpted entries from "[Website B]_0128241016.html" File Recovered from Cool Master Desktop Computer |
| 496 | 8/18/26 | 8/18/26 | Excerpted entries from "[Website B]_0128241550.html" File Recovered from Cool Master Desktop Computer |
| 497 | 8/18/26 | 8/18/26 | Excerpted entries from "[Website B]_0129240510.html" File Recovered from Cool Master Desktop Computer |
| 498 | 8/18/26 | 8/18/26 | Excerpted entries from "[Website B]_0201241139.html" File Recovered from Cool Master Desktop Computer |
| 499 | 8/18/26 | 8/18/26 | Excerpted entries from "[Website B]_0202240437.html" File Recovered from Cool Master Desktop Computer |
| 500 | 8/19/26 | 8/19/26 | Birth Certificate of Alekzander Bywater |
| 501 | 8/19/26 | 8/19/26 | Facebook Identification Screenshots, Subscriber Information for "Alekzander Bywater" Facebook Account (ID 100080320791476) |
| 502 | 8/19/26 | 8/19/26 | Subscriber Information for Google Account "JNearwater@gmail.com" |
| 503 | 8/19/26 | 8/19/26 | Subscriber Information for Google Account "Alek.Bywater@gmail.com" |
| 503A | 8/19/26 | 8/19/26 | Excerpted Facebook Chat, "Alek.Bywater@gmail.com" |
| 504A | 8/19/26 | 8/19/26 | Travel Detail Record |
| 504B | 8/19/26 | 8/19/26 | Excerpted Facebook Chat – Jeff Bywater |
| 505 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat – Anika Bywater |
| 506 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat – Photographs of Minor Victim |
| 507 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat – Names of Minor Victim |
| 508 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat – Rings |
| 509 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with John Winkelman |

Case 1:24-cr-00077-BAH Document 173 Filed 08/16/26 Page 7 of 7

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 509A | | | Excerpted Facebook Chat with John Winkelman |
| 509B | | | Excerpted Facebook Chat with John Winkelman |
| 510 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat Dated 10/14/23 |
| 511 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Shawn Dalrymple |
| 512 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Shawn Dalrymple |
| 513 | | | Excerpted Facebook Chat with Shawn Dalrymple |
| 513A | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Shawn Dalrymple |
| 514 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Lawrence |
| 515 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Erin Beth |
| 516 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Anika Bywater |
| 517 | | | Excerpted Facebook Chat with Loretta Graham |
| 518 | | | Excerpted Facebook Chat with Stephanie Rhodes |
| 519 | | | Excerpted Facebook Chat with Shawn Dalyrmple |
| 520 | | | Excerpted Facebook Chat with John Winkelman |
| 521 | | | Excerpted Facebook Chat with John Winkelman |
| 522 | 8/19/26 | 8/19/26 | Excerpted Facebook Chat with Cassi Savage |
| 523 | 8/19/26 | 8/19/26 | Facebook Identification Screenshots, Subscriber Information for "Anika Bywater" Facebook Account (ID 100042486556960) |
| 524 | 8/18/26 | 8/18/26 | File Details List for "Website B" HTML Files on Cool Master Desktop Computer |