**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: BAH-24-0077** |
| **ALEKZANDER BYWATER** | * | |

* * * * *

**POST-TRIAL MOTIONS PURSUANT TO F.R.CR.P 29&33**

Comes now the Defendant, Alekzander Bywater, through his counsel, Christopher C. Nieto, Esq., and hereby do move for a judgment of acquittal pursuant to F.R.Cr.P. 29(c) and for a new trial pursuant to F.R.Cr.P. 33, and in support thereof does set forth the preliminary grounds for these motions as follows:

The Court entered its verdict on August 20, 2026, after a three-day jury trial. Mr. Bywater was convicted on all counts. Mr. Bywater challenges all his convictions on the grounds set forth herein:

## I. The verdict was unsupported by adequate evidence to sustain a conviction beyond a reasonable doubt

Mr. Bywater submits that the verdicts were unsupported by adequate evidence to sustain the conviction to the standard of beyond a reasonable doubt.

## II. The verdict was against the weight of the evidence

Mr. Bywater submits that the verdicts were against the weight of the evidence adduced on each count.

## III. Reassertion of grounds previously placed in the record

Mr. Bywater hereby reasserts each and every ground previously set forth during trial and trial objections, as if fully set forth herein.

## IV. Notice of further filings

Mr. Bywater may file a more fully realized and individualized version of his respective post-trial motions, along with a memorandum of law discussing and expanding upon these issues more fully, insofar as applicable, once counsel has obtained the trial transcripts. However, understanding the time limitations on filing such motions, Mr. Bywater files this motion now to ensure that it is done so in a timely and appropriate fashion.

## V. Stipulation of Opposition

Counsel believes that the government opposes this requested relief. In view of the defense, Mr. Bywater submits that the Government need not file a response to this instant filing, with no allegation of default to be predicated on its silence. If acceptable to the Court, the Government need only file a response if the Defense supplements this filing with an additional filing in support of our Motions.

Respectfully submitted,

_______/s/__________
Christopher C. Nieto, Esq, #30031
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, MD 21202
Office: 443-863-8189
Attorney for Mr. Bywater

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th of August, 2026, a copy of the foregoing Motion was electronically filed with the Clerk of the United States District Court using CM/ECF, and a notice of said filing to Reema Sood, Assistant United States Attorney, 36 S. Charles Street, Fourth Floor, Baltimore, MD 21201.

________/s/______________
Christopher C. Nieto, Esq.
Attorney for Mr. Bywater